Curtis B. Dall v. Time, Inc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of the Buffalo Wash Tray Works, Inc., v. Harris H. Murdock and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Frank A. Fleisch and Another v. Corn Exchange Bank Trust Company.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

Louise Larocque Arnold v. Kate Darling Bertolini, Impleaded with Edward L. Tinker and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application for a Subpoena Directed to Walter Pforzheimer Requiring Him to Testify to a Proceeding Taken in the District Court for the District of Amsterdam, The Netherlands, for the Purpose of Taking His Testimony in an Action Pending between the District Attorney for the Said District, Plaintiff, and Samuel Bottenheim, Defendant. P. J. Kooiman.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

Jeanne DeNault v. Friedman & Co., Inc., Impleaded, etc.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

William Street-Exchange Place Corporation v. Ogden H. Freeman and Others, Impleaded, etc.— Motion for a resettlement denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

Ruth Heimowitz v. The Mutual Life Insurance Company of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

John Wanamaker, New York v. Ten Park Avenue Corporation and Others, Impleaded with New York Title and Mortgage Company in Rehabilitation, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

Nathan Straus & Sons, Inc., v. Benjamin W. Sangor.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

Henry B. Johnson v. National Life Insurance Company.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.